UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

United States of America,                )   Case No. CR 16-0101-VC-1
                                         )
            Plaintiff,                   )   STIPULATED ORDER EXCLUDING TIME
        v.                               )   UNDER THE SPEEDY TRIAL ACT
                                         )
Caprice Mitchell                         )                FILED
                                         )
            Defendant.                   )            MAR 18 2016
                                                 SUSAN Y. SOONG
                                            CLERK, U.S. DISTRICT COURT
                                          NORTHERN DISTRICT OF CALIFORNIA

For the reasons stated by the parties on the record on **Mar. 18**, 2016, the Court excluded time under the Speedy Trial Act from **Mar. 18**, 2016 to **April 5**, 2016 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

____   Failure to grant a continuance would be likely to result in a miscarriage of justice.
       See 18 U.S.C. § 3161(h)(7)(B)(i).

____   The case is so unusual or so complex, due to [check applicable reasons] ____ the number of defendants, ____ the nature of the prosecution, or ____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. See 18 U.S.C. § 3161(h)(7)(B)(ii).

____   Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

____   Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

✓   Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: 3/18/16

                                           _____
                                           JOSEPH C. SPERO
                                           Chief Magistrate Judge

STIPULATED: _____     _____
            Attorney for Defendant    Assistant United States Attorney