UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-00101 VC (JCS) |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DETENTION |
| v. | |
| CAPRICE MITCHELL, | |
| Defendant. | |

Defendant Caprice Mitchell has been charged in an indictment with one count of felon in possession of a firearm, in violation of 18 U.S.C. § 922(g).  The defendant appeared before the Court for a detention hearing on April 18, 2016.  The defendant was present and represented by Candis Mitchell, Assistant Federal Defender.

Pretrial Services submitted a report regarding detention which recommended that the defendant be detained based on the danger that the defendant presents to the community.  A representative of Pretrial Services was present at the hearing.  The Government moved for detention, and the defendant opposed.  Proffers and arguments regarding detention were submitted by the parties at the hearing.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on

DETENTION ORDER
Case No. CR 16-00101 VC (JCS)             1

the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of other persons and the community.  Accordingly, the defendant is ordered detained pending trial.

This order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1).  As noted on the record, the Court makes the following findings as a basis for its conclusion that no condition or combination of conditions will reasonably assure the safety of other persons and the community.  In particular, the Court has considered the defendant's recent criminal history of violent offenses, beginning with a 2014 felony conviction for assault of a person with a semiautomatic firearm and including a 2015 misdemeanor conviction for infliction of corporal injury on a spouse or cohabitant, and the violent nature and circumstances of the instant offense.  In light of these considerations, the Court determines that the defendant poses a risk of danger to the community, and that no conditions or combination of conditions will reasonably assure the safety of the other persons and the community.  The Court orders that the defendant be detained pending trial.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. Defendant Caprice Mitchell be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. Defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver defendant to an authorized United States marshal for the purpose of any appearance in connection with a court proceeding.

IT SO ORDERED.

DATED: April 21, 2016

_____
HONORABLE SPERO
United States Chief Magistrate Judge

DETENTION ORDER
Case No. CR 16-00101 VC (JCS)             2